IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST R. BALL, a/k/a DAVID WINWOOD, | ) | |
| Petitioner, | ) | |
| | ) | 2:18cv991 |
| vs. | ) | Electronic Filing |
| | ) | |
| MARK CAPOZZA, et al., | ) | |
| Respondents. | ) | |

O R D E R

AND NOW, this 31st day of August, 2018, after the petitioner, Ernest R. Ball,

a/k/a David Winwood, filed a petition for a writ of habeas corpus, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the petitioner a period

of time after being served with a copy to file written objections thereto, and no objections having

been filed, and upon independent review of the petition and upon consideration of the Magistrate

Judge's Report and Recommendation (ECF No. 2), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

(ECF No. 1) is dismissed as a successive petition and, because reasonable jurists could not

conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge


cc:     Ernest R. Ball
        AJ-0601
        SCI Fayette
        48 Overlook Drive
        Labelle, PA 15450-1050
        (*Via First Class Mail*)